UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-14040-MARTINEZ/MAYNARD

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853



FILED BY _____ D.C.
SEP 21 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

vs.

SUDIATA NEKET ZANJA STINSON,

　　　　　　　　　　　　Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)

On or about April 7, 2023, in Indian River County, in the Southern District of Florida, the defendant,

**SUDIATA NEKET ZANJA STINSON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about April 11, 2023, in Indian River County, in the Southern District of Florida, the defendant,

**SUDIATA NEKET ZANJA STINSON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant has an interest.

[This space intentionally left blank.]

2. Upon conviction of any violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Indictment, the defendant, **SUDIATA NEKET ZANJA STINSON**, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-CR-14040-MARTINEZ/MAYNARD

v.

SUDIATA NEKET ZANJA STINSON,

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☒ FTP
☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __6__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)
   I    ☐ 0 to 5 days                ☐ Petty
   II   ☒ 6 to 10 days               ☐ Minor
   III  ☐ 11 to 20 days              ☐ Misdemeanor
   IV   ☐ 21 to 60 days              ☒ Felony
   V    ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of August 18, 2023
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
JUSTIN L. HOOVER
Assistant United States Attorney
Court ID No.  A5502493

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: SUDIATA NEKET ZANJA STINSON

**Case No**: 23-CR-14040-MARTINEZ/MAYNARD

Count #: 1

Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(C)

* **Max/Mandatory Min Term of Imprisonment:** 20 years
* **Max. Supervised Release:** 3 years to Life
* **Max. Fine:** $1,000,000/$100 Special Assessment

Count #: 2

Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) and (b)(1)(C)

* **Max/Mandatory Min Term of Imprisonment:** 20 years
* **Max. Supervised Release:** 3 years to Life
* **Max. Fine:** $1,000,000/$100 Special Assessment

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**