UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 23-CR-14040-MARTINEZ/MAYNARD**

UNITED STATES OF AMERICA

v.

SUDIATA NEKET ZANJA STINSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on February 7, 2024 **[ECF No. 28]**. A Report and Recommendation was filed on February 7, 2024, recommending that the Defendant's plea of guilty be accepted **[ECF No. 32]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 32]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Counts One and Two of the Indictment. Count One charges Defendant with the Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2. Count Two charges Defendant with the Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). The Defendant acknowledged that he understood the statutory penalties

that apply in his case.

Sentencing has been set in this matter for **Monday, March 11, 2024, at 11:00 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams Sr. U.S. Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 22 day of February, 2024.

```
                    JOSE E. MARTINEZ
                    UNITED STATES DISTRICT JUDGE
```

cc:  U.S. Magistrate Judge Shaniek Mills Maynard
     All Counsel of Record
     U.S. Probation Office